IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,                                    No. CIV S-08-1050 JAM GGH PS

     vs.

REAL PROPERTY LOCATED AT
3115 CLAREMONT DRIVE, OROVILLE,          <u>ORDER</u>
CALIFORNIA, BUTTE COUNTY,
APN: 079-010-012-0, INCLUDING
ALL APPURTENANCES AND
IMPROVEMENTS THERETO,

      Defendant.

_____/

         On August 8, 2008, this court referred this matter to the Legal Services Corporation for assistance in determining eligibility for legal representation and to identify counsel for claimants. On August 11, 2008, Legal Services of Northern California requested an extension of time to comply with the order. Good cause appearing, IT IS HEREBY ORDERED that:

         1. Legal Services' September 11, 2008 request for an extension of time is granted; and

         2. Legal Services is granted thirty days from the date of this order in which to file

and serve a declaration or an ex parte application in compliance with this court's order of August 8, 2008.

    3.  The Clerk of Court shall serve a copy of this order upon plaintiff and both claimants, as well as Mark Freedman, Assistant General Counsel, Legal Services Corporation, 3333 K Street NW, 3rd Floor, Washington D.C. 20007-3522; and Julie Aguilar Rogado, Acting Deputy Director, Legal Services of Northern California, 517 12th Street, Sacramento CA 95814.

DATED: 09/16/08

            /s/ Gregory G. Hollows
            _____
            UNITED STATES MAGISTRATE JUDGE

GGH:076
USRealProp.eot.wpd