IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>REAL PROPERTY LOCATED AT<br>3115 CLAREMONT DRIVE, OROVILLE,<br>CALIFORNIA, BUTTE COUNTY,<br>APN: 079-010-012-0, INCLUDING<br>ALL APPURTENANCES AND<br>IMPROVEMENTS THERETO,<br><br>    Defendant.<br>_____/ | No. CIV S-08-1050 JAM GGH PS<br><br><br><br>ORDER |

        On August 8, 2008, this court referred this matter to the Legal Services Corporation for assistance in determining eligibility for legal representation and to identify counsel for claimants. On October 15, 2008, Legal Services of Northern California filed a second request for extension of time to comply with the order. Legal Services explains that although counsel has been obtained, claimants' phone has been disconnected and more time is needed to contact claimants to determine their financial eligibility.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Legal Services' October 15, 2008 request for an extension of time is granted.

1

1       2. Legal Services is granted thirty days from the date of this order in which to file and serve a declaration or an ex parte application in compliance with this court's order of August 8, 2008.

      3. The Clerk of Court shall serve a copy of this order upon plaintiff and both claimants, as well as Mark Freedman, Assistant General Counsel, Legal Services Corporation, 3333 K Street NW, 3rd Floor, Washington D.C. 20007-3522; and Julie Aguilar Rogado, Acting Deputy Director, Legal Services of Northern California, 517 12th Street, Sacramento CA 95814.

DATED: 10/22/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076
USRealProp.eot2.wpd