John Balazs, Bar # 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95814
(916) 447-9299
John@Balazslaw.com

Attorney Seeking Appointment
 for Claimant Shirley Lacey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REAL PROPERTY LOCATED AT 3115 CLAREMONT DRIVE, OROVILLE, CALIFORNIA, BUTTE COUNTY, APN: 079-010-012-0, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>　　　　　Defendant.<br>_____ | No. CV-S 08-1050 JAM GGH PS<br><br><br>ORDER RE APPOINTMENT OF COUNSEL |

　　Upon application of claimants Shirley Lacey and Barbara Howell, and based on the Legal Service Corporation's finding that, under 18 U.S.C. § 983(b)(2)(a), the applicants are financially unable to obtain representation by counsel in this case regarding real property subject to forfeiture that is being used by the applicants as a primary residence, and on consent of the Legal Services Corporation that attorney John Balazs may provide representation to the applicant Shirley Lacey on its behalf, and that attorney Bruce Locke may provide representation to applicant Barbara Howell on its behalf, and John Balazs and Bruce Locke having agreed to do so, IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 983, the Legal Services Corporation shall provide counsel to the applicants and

that John Balazs shall be such counsel for Shirley Lacey and Bruce Locke shall be such counsel for Barbara Howell.

Furthermore, it is hereby ordered that any judgment for fees and costs for LSC pursuant to 18 U.S.C. § 983(b)(2)(B) shall be awarded to John Balazs and Bruce Locke, or the Legal Services Corporation, subject to the submission of appropriate statements of such fees and costs and the consent of the Legal Services Corporation.

Dated: November 19, 2008

/s/ Gregory G. Hollows

Hon. Gregory G. Hollows
U.S. Magistrate Judge

realproperty1050.sub