IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                No. CIV S-08-1050 JAM GGH PS

    vs.

REAL PROPERTY LOCATED AT
3115 CLAREMONT DRIVE, OROVILLE,         ORDER
CALIFORNIA, BUTTE COUNTY,
APN: 079-010-012-0, INCLUDING
ALL APPURTENANCES AND
IMPROVEMENTS THERETO,

    Defendant.

_____/

        On November 19, 2008, this court granted claimants' motions for appointment of counsel.  All parties now appearing by counsel, the referral to the magistrate judge is withdrawn.  However, the magistrate judge shall continue to perform all duties described in Local Rule 72-302(c)(1)-(20).

        IT IS SO ORDERED.

DATED: January 16, 2009

                                            /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:076/RealProp.Claremont.reassign.wpd

1