```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2723

 5  Attorneys for Plaintiff
    United States of America
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )  2:08-cv-01050 JAM/GGH
                                   )
12         Plaintiff,              )  STIPULATION TO MODIFY
                                   )  STATUS (PRETRIAL SCHEDULING)
13     v.                          )  ORDER; **ORDER**
                                   )
14  REAL PROPERTY LOCATED AT 3115  )
    CLAREMONT DRIVE, OROVILLE,     )
15  CALIFORNIA, BUTTE COUNTY,      )
    APN: 079-010-012-0, INCLUDING  )
16  ALL APPURTENANCES AND          )  DATE:      N/A
    IMPROVEMENTS THERETO,          )  TIME:      N/A
17                                 )  COURTROOM: N/A
           Defendant.               )
18  _____)

19
```

20     Plaintiff United States of America and claimants Shirley
21 Lacey and Barbara Howell respectfully request that Status
22 (Pretrial Scheduling) Order entered in this case on August 13,
23 2009, be modified for the reasons set forth below:
24     1.  Claimant Shirley Lacey is currently incarcerated at the
25 California Institution for Women in Corona, California, in
26 Riverside County.  Her tentative release date is July 14, 2010.
27 Lacey was convicted in Butte County on drug charges that led to
28 the filing of the above-captioned civil forfeiture case.

1

1      2.   On December 2, 2009, plaintiff disclosed its expert witness and report pursuant to the scheduling order. On December 3, 2009, plaintiff served interrogatories and requests for production of documents on claimants. However, due to Lacey's incarceration in a remote location in Southern California it has been difficult for her counsel to consult with her to prepare responses.

     3.   Plaintiff has not yet scheduled claimants' depositions because government counsel has not yet received the discovery responses.

     4.   The parties are in agreement that attempting to complete discovery while Lacey is incarcerated will be unduly burdensome to all parties, and would be unduly expensive if the parties have to travel to San Bernadino County for a deposition.

     5.   Accordingly, the parties respectfully request that the scheduling order be modified as shown below:

| EVENT | CURRENT DATE | NEW DATE |
| --- | --- | --- |
| Discovery cutoff | April 15, 2010 | October 15, 2010 |
| File dispositive motions | May 19, 2010 | November 19, 2010 |
| Hearing on dispositive motions | June 16, 2010 | January 12, 2011 at 9:30 a.m. |
| File mid-litigation statements | April 1, 2010 | October 1, 2010 |
| Final Pretrial conference | August 6, 2010 | March 18, 2011 at 3:00 P.M. |
| Trial | September 20, 2010 | April 25, 2011 at 9:00 a.m. |

2

| | | |
|---|---|---|
| Date: March 9, 2010 | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By | /s/ Kristin S. Door<br>KRISTIN S. DOOR<br>Assistant U.S. Attorney<br>Attorneys for plaintiff<br>United States of America |
| Date: March 9, 2010 | | /s/ John Balazs (as authorized on March 8, 2010)<br>JOHN BALAZS<br>Attorney for claimant<br>Shirley Lacey |
| Date: March 9, 2010 | | /s/ Bruce Locke (as authorized on March 8, 2010)<br>BRUCE LOCKE<br>Attorney for claimant<br>Barbara Howell |

ORDER

Good cause having been shown, the Status (Pre-trial Scheduling) Order entered on August 13, 2009, is modified as set forth above.

IT IS SO ORDERED.

Dated: March 9, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE