BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cv-01050 JAM/GGH |
| Plaintiff, | STIPULATION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER; **ORDER** |
| v. | |
| REAL PROPERTY LOCATED AT 3115 CLAREMONT DRIVE, OROVILLE, CALIFORNIA, BUTTE COUNTY, APN: 079-010-012-0, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | DATE:    N/A<br>TIME:    N/A<br>COURTROOM:N/A |
| Defendant. | |

Plaintiff United States of America and claimants Shirley Lacey and Barbara Howell respectfully request that Status (Pretrial Scheduling) Order entered in this case on August 13, 2009, be modified for the reasons set forth below:

   1.   Claimant Shirley Lacey is currently incarcerated at the California Institution for Women in Corona, California, in Riverside County.  Her tentative release date is July 14, 2010. Lacey was convicted in Butte County on drug charges that led to the filing of the above-captioned civil forfeiture case.

1

1    2.   On December 2, 2009, plaintiff disclosed its expert witness and report pursuant to the scheduling order.  On December 3, 2009, plaintiff served interrogatories and requests for production of documents on claimants.  However, due to Lacey's incarceration in a remote location in Southern California it has been difficult for her counsel to consult with her to prepare responses.

3.   Plaintiff has not yet scheduled claimants' depositions because government counsel has not yet received the discovery responses.

4.   The parties are in agreement that attempting to complete discovery while Lacey is incarcerated will be unduly burdensome to all parties, and would be unduly expensive if the parties have to travel to San Bernadino County for a deposition.

5.   Accordingly, the parties respectfully request that the scheduling order be modified as shown below:

| EVENT | CURRENT DATE | NEW DATE |
| --- | --- | --- |
| Discovery cutoff | April 15, 2010 | October 15, 2010 |
| File dispositive motions | May 19, 2010 | November 19, 2010 |
| Hearing on dispositive motions | June 16, 2010 | January 12, 2011 at 9:30 a.m. |
| File mid-litigation statements | April 1, 2010 | October 1, 2010 |
| Final Pretrial conference | August 6, 2010 | March 18, 2011 at 3:00 P.M. |
| Trial | September 20, 2010 | April 25, 2011 at 9:00 a.m. |

2

```
Date: March 9, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney

                                By     /s/ Kristin S. Door
                                       KRISTIN S. DOOR
                                       Assistant U.S. Attorney
                                       Attorneys for plaintiff
                                       United States of America


Date: March 9, 2010                    /s/ John Balazs (as authorized
                                       on March 8, 2010)
                                       JOHN BALAZS
                                       Attorney for claimant
                                       Shirley Lacey



Date: March 9, 2010                    /s/ Bruce Locke (as authorized
                                       on March 8, 2010)
                                       BRUCE LOCKE
                                       Attorney for claimant
                                       Barbara Howell
```

ORDER

Good cause having been shown, the Status (Pre-trial Scheduling) Order entered on August 13, 2009, is modified as set forth above.

IT IS SO ORDERED.

Dated: March 9, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

3