JOHN BALAZS, SBN 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95814
Telephone: (916) 447-9299

Attorney for Claimant
Shirley Lacey

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:08-cv-01050 JAM/GGH |
|---|---|
| Plaintiff, | STIPULATION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER; ORDER |
| v. | |
| REAL PROPERTY LOCATED AT 3115 CLAREMONT DRIVE, OROVILLE, CALIFORNIA, BUTTE COUNTY, APN: 079-010-012-0, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | DATE:     N/A<br>TIME:     N/A<br>COURTROOM: N/A |
| Defendant. | |

    Plaintiff United States of America and claimants Shirley Lacey and Barbara Howell respectfully request that the Status (Pretrial Scheduling) Order entered in this case on August 13, 2009, be modified for the reasons set forth below:

    1.    Claimant Shirley Lacey was incarcerated through mid-July at the California Institution for Women in Corona, California, in Riverside County. Lacey was convicted in Butte County on drug charges that led to the filing of the above-captioned civil forfeiture case. She suffers from a variety of medical issues and has a history of mental health problems. This has made responding to discovery more difficult.

2.      Counsel for Howell, Bruce Locke, is currently on the East Coast dealing with family issues regarding his father's health.

3.      Counsel for Lacey is scheduled to be out of the country on vacation from October 17, 2010 to November 2, 2010.

4.      The parties are in agreement to modify the existing scheduling order to extend the dates for discovery and motions.  The defense agrees to respond to plaintiff's requests for interrogatories by November 8, 2010.  This modification will not change the final pretrial conference or trial date.

5.      Accordingly, the parties respectfully request that the scheduling order be modified as shown below:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Discovery cutoff | October 15, 2010 | November 19, 2010 |
| File dispositive motions | November 19, 2010 | December 17, 2010 |
| Hearing on dispositive motions | January 12, 2011 | January 26, 2011 |
| File mid-litigation statements | October 1, 2010 | October 1, 2010 |
| Final Pretrial conference | March 18, 2011, 3 p.m. | March 18, 2011, 3 p.m. |
| Trial | April 25, 2011, 9 a.m. | April 25, 2011, 9 a.m. |

Date: October 7, 2010                    /s/ John Balazs
                                          JOHN BALAZS
                                          Attorney for claimant
                                          Shirley Lacey

Date: October 7, 2010                    /s/ Bruce Locke
                                          BRUCE LOCKE
                                          Attorney for claimant
                                          Barbar Howell

Date: October 7, 2010

BENJAMIN B. WAGNER
United States Attorney

By /s/ Kristin S. Door
KRISTIN S. DOOR
Assistant U.S. Attorney

Attorneys for plaintiff
United States of America

ORDER

Good cause having been shown, the Status (Pre-trial Scheduling) Order entered on March 10, 2010, is modified as set forth above.

IT IS SO ORDERED.

Dated: October 7, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT