John Balazs, Bar No. 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95816
(916) 447-9299
John@Balazslaw.com
Attorney for Claimant Shirley Lacey

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 08-cv-1050 JAM- GGH PS |
| ) | |
| Plaintiff, ) | |
| ) | ORDER RE |
| v. ) | ATTORNEY'S FEES |
| ) | |
| REAL PROPERTY LOCATED AT ) | |
| 3115 CLAREMONT DRIVE, ) | |
| OROVILLE, CALIFORNIA, BUTTE ) | |
| COUNTY,   APN: 079-010-012-0, ) | |
| INCLUDING ALL APPURTENANCES ) | |
| AND IMPROVEMENTS THERETO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The court-appointed attorney for the claimant in this civil asset forfeiture case

has filed a motion seeking attorney's fees in the amount of $ 4,074.30, to which the

1

PDF created with pdfFactory trial version www.pdffactory.com

government does not object. As the rate of compensation and hours worked and billed for appear reasonable, it is hereby ORDERED that:

    1.    The claimant's motion for allowance of attorney's fees is GRANTED, and;

    2.    Judgment for attorney's fees in the amount of $ 4,074.30 is entered in favor of the Legal Services Corporation and against the United States. Payment is to be made directly to claimant's counsel John Balazs.

IT IS SO ORDERED.

Dated:  11/9/2011

                              /s/ John A. Mendez_____
                              U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com